UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JOHN LAWRENCE COLEMAN, JR., | ) | Case No. 14-47652-705 |
| | ) | Chief Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| KIMBERLY J. COLEMAN, | ) | **Adversary No. 14-4323-659** |
| | ) | |
| | ) | **UNPUBLISHED** |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| JOHN LAWRENCE COLEMAN, JR., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The matter before the Court is Plaintiff's Adversary Complaint to Obtain Determination of Non-Dischargeability of Debt Pursuant to 11 U.S. C. §§ 523(a)(5) & 523(a)(15). For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is **GRANTED IN PART** in that Plaintiff's request to deny dischargeability is **GRANTED** and judgment is entered in favor of Plaintiff in that the debt owed by Debtor for child support is nondischargeable pursuant to Section 523(a)(5); and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiff's Complaint is **GRANTED IN PART** in that Plaintiff's request to deny dischargeability is **GRANTED** and judgment is entered in favor of Plaintiff in that the debts owed by Debtor arising out of the Marital Settlement Agreement outside of any debt listed in Article 7 is nondischargeable pursuant to Section 523(a)(15); and

**IT IS FURTHER ORDERED THAT** all other relief requested in Plaintiff's Complaint is **DENIED**; and this is the final judgment and Order of the Bankruptcy Court in this case.

                    */s/ Kathy A. Surratt-States*
                    KATHY A. SURRATT-STATES
                    Chief United States Bankruptcy Judge

DATED: August 11, 2015
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Kimberly J Coleman
300 Derek Drive
Hawk Point, MO 63349

John Lawrence Coleman, Jr.
440 West Lincoln
Hawk Point, MO 63349